**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                                         Criminal No. 04-cr-144-01-JD

<u>Jeremy Johnson</u>

**<u>O R D E R</u>**

On July 26, 2006, defendant appeared for a "probable cause" hearing under Fed. R. Crim. P. 32.1 on seven alleged violations of conditions of supervision. Defendant stipulated to probable cause on the violations. I therefore find probable cause to hold him for a revocation hearing.

Defendant sought bail conditions under Rule 32.1(a)(6). Under Rule 32.1(a)(6) defendant bears the burden of establishing by clear and convincing evidence that he will not flee and that he poses no danger to any other person or to the community. The defendant has been missing since April and has failed to submit to testing, has tested dirty, and missed numerous drug treatment appointments. He is a risk of flight and a danger to the community. There are no conditions which are likely to assure his presence and the safety of the community.

Accordingly, it is **ORDERED** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED.**

/s/ James R. Muirhead
James R. Muirhead
United States Magistrate Judge

Date: July 26, 2006

cc:  Joseph N. Laplante, Esq.
     R. Brian Snow, Esq.
     U.S. Marshal
     U.S. Probation